## UNITED STATES DISTRICT COURT
## NEBRASKA DISTRICT COURT
## LINCOLN DIVISIONAL OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUL 14 PM 5: 21

OFFICE OF THE CLERK

| | | |
|---|---|---|
| Ruth D. Mason | ) | Case Number: 4:06 CV 3098 |
| | ) | Fair Debt Collection Practices |
| | ) | Act U.S.C. 15§1692 |
| Plaintiff | ) | |
| | ) | Title 18 U.S.C. § 1341 |
| Vs. | ) | |
| | ) | Title 39 U.S.C. §§ 3001 (d) (h) (i) |
| First USA Bank, | ) | And 3005 |
| Unifund CCR Partners, | ) | |
| Dean J. Junkers, Esquire, | ) | |
| John Doe, Jane Doe, One Up | ) | |
| | ) | OCGA Title 11 |
| | ) | |
| | ) | OCGA Title 13 |
| | ) | |
| | ) | OCGA 10-1-393 |

### MOTION FOR VOLUNTARY DISMISSAL
### ORDER

Plaintiff's motion for a voluntary dismissal, having been filed, and after consideration And reviewing the record; **IT IS HEREBY ORDERED** that the Motion for Voluntary Dismissal without prejudice is:

☒ GRANTED

( ) DENIED

SO ORDERED this __14__ day of __July__, 2006

_____
Judge